UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IANA RODIONOVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QATAR AIRWAYS GROUP (Q.C.S.C.), et al.,<br><br>　　　　Defendants. | Case No. 25-cv-05838-TSH<br><br>**ORDER RE: CONSENT TO MAGISTRATE JUDGE JURISDICTION**<br><br>Re: Dkt. No. 11 |

On July 10, 2025, 2025, Plaintiff Iana Rodionova filed a consent to magistrate judge jurisdiction. ECF No. 4. However, on July 28, 2025, Plaintiff filed a declination to proceed before a magistrate judge and request for reassignment to a district judge. ECF No. 11.

28 U.S.C. § 636(c)(1) requires the consent of all parties for "jurisdiction to vest in the magistrate judge." *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017). "There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 2003) (citations omitted). After consenting to the jurisdiction of a magistrate judge, a party's consent may only be withdrawn by a district judge for "good cause shown on its own motion, or under extraordinary circumstances shown by any party." *Branch v. Umphenour*, 936 F.3d 994, 1001-02 (9th Cir. 2019) (quoting 28 U.S.C. § 636(c)(4)); *see also* Fed. R. Civ. P. 73(b)(3) ("On its own for good cause--or when a party shows extraordinary circumstances--the district judge may vacate a referral to a magistrate judge under this rule."). Thus, if Plaintiff seeks to withdraw the July 10, 2025 consent, Plaintiff must file a motion to withdraw consent by August 13, 2025. The Court will refer any such motion to withdraw consent to the general duty judge for resolution.

The Court encourages Plaintiff to seek free legal assistance from the Legal Help Center in

the San Francisco courthouse, a service offered by the Justice & Diversity Center of the Bar Association of San Francisco.  You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  The Legal Help Center will not represent you as your lawyer, but you will be able to speak with an attorney who may be able to provide basic legal help.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: July 30, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2